■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY MARKEL, Appellant. [902 NYS2d 487]—Appeal from a judgment of the Niagara County Court (Matthew J. Murphy, III, J.), rendered April 9, 2009. The judgment convicted defendant, upon his plea of guilty, of rape in the first degree and attempted robbery in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed (see *People v Lococo*, 92 NY2d 825, 827 [1998]). Present—Smith, J.P., Fahey, Carni, Green and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHAWN REES, Appellant. [902 NYS2d 488]—

Appeal from a resentence of the Cattaraugus County Court (Larry M. Himelein, J.), rendered March 2, 2009. Defendant was resentenced upon his conviction of sexual abuse in the first degree.

It is hereby ordered that the resentence so appealed from is unanimously reversed on the law, the original sentence is reinstated and the matter is remitted to Cattaraugus County Court for proceedings pursuant to CPL 470.45.

Memorandum: County Court erred in resentencing defendant to a period of postrelease supervision after defendant had been conditionally released from the previously imposed determinate sentence of incarceration and the maximum expiration date of that sentence had passed (see *People v Williams*, 14 NY3d 198, 217-220 [2010]; *People v Peterkin*, 71 AD3d 1402 [2010]). We therefore conclude that reversal is required. Present—Smith, J.P., Fahey, Carni, Green and Gorski, JJ.